AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC, a Delaware limited liability company, and DD IP HOLDER LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.           Case No.<br><br>J&L SERVICES OF PALM BEACH, INC. a Florida corporation, and JAY C. SEEWALD, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-cv-1142-J-39MCR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J&L Services of Palm Beach, Inc.
> c/o Jay C. Seewald, Registered Agent
> 7450 W. Boynton Beach Blvd.
> Boynton Beach, FL 33437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Paul D. Watson
> Sivyer Barlow & Watson, PA
> 401 E. Jackson Street
> Suite 2225
> Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/2017

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC, a Delaware limited liability company, and DD IP HOLDER LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>v.　　　　Case No.<br><br>J&L SERVICES OF PALM BEACH, INC. a Florida corporation, and JAY C. SEEWALD, an individual,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:17-cv-1142-J-39MCR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　Jay C. Seewald
　　7450 W. Boynton Beach Blvd.
　　Boynton Beach, FL 33437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Paul D. Watson
　　Sivyer Barlow & Watson, PA
　　401 E. Jackson Street
　　Suite 2225
　　Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: 10/11/2017　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*